U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

FEB 4 - 2004

ROBERT H. SHMWELL, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

LINDA A. FULLER                           CIVIL NO.: CV02-2509-S

VERSUS                                    JUDGE HICKS

CENTURYTEL SOLUTIONS, INC.                MAGISTRATE JUDGE PAYNE

## MOTION TO DISMISS WITH PREJUDICE AND/OR ALTERNATIVELY, MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Defendant, CenturyTel Solutions, Inc., which moves this Honorable Court for an order dismissing the above-captioned matter with prejudice due to Plaintiff's failing and/or refusing to abide by this Court's previous Orders signed on February 24, 2003 and September 11, 2003, regarding the exchange of initial disclosures required by FRCP 26(a)(1), which is more particularly shown in the attached memorandum in support. Alternatively, Defendant, CenturyTel Solutions, Inc., requests that this Honorable Court issue an order once again directing Plaintiff, Linda A. Fuller, to submit her initial disclosures as required by FRCP 26(a)(1). Defendant, CenturyTel Solutions, Inc., also requests that this Honorable Court enter sanctions it deems appropriate to include, but not necessarily to be limited to the costs and attorney's fees incurred by it in prosecuting the instant Motion.

WHEREFORE, Defendant, CenturyTel Solutions, Inc., prays that this Honorable Court enter an order dismissing the above-captioned matter with prejudice for Plaintiff's failing and/or refusing to abide by this Court's previous orders regarding the exchange of initial disclosures required by FRCP 26(a)(1).



ALTERNATIVELY, Defendant, CenturyTel Solutions, Inc., prays that this Honorable Court enter an order once again directing Plaintiff, Linda A. Fuller, to submit her initial disclosures as required by FRCP 26(a)(1).

FURTHER, Defendant, CenturyTel Solutions, Inc., prays that this Honorable Court enter sanctions it deems appropriate, to include, but not necessarily to be limited to the costs and attorney's fees incurred by it in prosecuting the instant Motion.

Respectfully submitted:

**THE BOLES LAW FIRM**

P. SCOTT WOLLESON (22691)
P.O. Box 2065
1818 Avenue of America
Monroe, LA 71207-2065
Phone (318) 388-4050

Attorneys for Defendant

# C E R T I F I C A T E

I do hereby certify that a copy of the above and foregoing has been forwarded to following counsel of record this day, via U.S. Mail, postage prepaid:

Ms. Allison A. Jones
Davidson, Jones & Summers
509 Market Street, Ste 800
Shreveport, LA 71101

Monroe, Louisiana, this _____ day of January, 2004.

_____
P. Scott Wolleson

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

FEB 4 – 2004

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LINDA A. FULLER                          CIVIL NO.: CV02-2509-S

VERSUS                                   JUDGE HICKS

CENTURYTEL SOLUTIONS, INC.               MAGISTRATE JUDGE PAYNE

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE AND/OR ALTERNATIVELY, MOTION TO COMPEL

NOW COMES Defendant CenturyTel Solutions, Inc., which submits this Memorandum in Support of Motion to Dismiss with Prejudice and/or Alternatively, Motion to Compel.

I.    **Background Facts:**

As this Honorable Court is well aware, Plaintiff filed a Complaint on or about December 6, 2002 against Defendant, CenturyTel Solutions, Inc.  A Memorandum Order was signed by Judge Roy S. Payne on or about February 24, 2003 ordering that the parties serve their initial disclosures within 30 days of the date of the Memorandum Order.[1]  Plaintiff failed and/or refused to serve her initial disclosures by the date ordered by Judge Payne.  Then, on or about September 11, 2003, Judge Payne signed an Order setting a Scheduling Conference and ordering that the initial disclosures be exchanged no later than October 30, 2003.[2]  On or about October 2, 2003, a meeting of counsel was held via telephone to prepare the Rule 26(f) Case Management Report which was filed into the

---

[1] A copy of the Memorandum Order filed on February 24, 2003 is attached hereto as Exhibit "A";

[2] A copy of the Order signed by Judge Payne on September 11, 2003 and filed on September 13, 2003 is attached hereto as Exhibit "B";

record on October 3, 2003.[3]  Pursuant to the meeting of counsel on October 2, 2003 and the Rule 26(f) Case Management Report, counsel for Plaintiff stated that Plaintiff would provide her initial disclosures to Defendant on October 17, 2003.  Plaintiff failed and/or refused to serve her initial disclosures by October 17, 2003 pursuant to the Rule 26(f) Case Management Report and Plaintiff again failed and/or refused to serve her initial disclosures by October 30, 2003 pursuant to the court's Order signed by Judge Payne on September 11, 2003.

Counsel for Defendant has sent several letters to counsel for Plaintiff requesting that Plaintiff submit her initial disclosures.[4]  Also, counsel for Defendant has placed several calls to counsel for Plaintiff regarding the submission of her client's initial disclosures to no avail.  Counsel for Defendant scheduled a telephone conference with counsel for Plaintiff on or about January 21, 2004 to discuss Plaintiff's failure to submit her initial disclosures.  At that time, counsel for Plaintiff advised that Plaintiff's initial disclosures would be submitted to counsel for Defendant no later than January 23, 2004.  To date, Plaintiff has failed and/or refused to submit her initial disclosures.

Consequently, Defendant is left with no choice but to move this Honorable Court for an order dismissing the above-referenced matter; or, alternatively, an order directed to Plaintiff ordering her to immediately submit her initial disclosures.

Defendant, CenturyTel Solutions, Inc., further requests that this Honorable Court enter sanctions it deems appropriate, to include, but not necessarily to be limited to the costs and attorney's fees incurred by it in prosecuting the instant Motion.

---

[3] A copy of the Rule 26(f) Case Management Report filed on October 3, 2003 is attached hereto as Exhibit "C";

[4] Copies of correspondence from P. Scott Wolleson to Allison A. Jones dated July 15, 2003, November 18, 2003, December 8, 2003 and December 31, 2003 attached hereto as Exhibit "D".

Respectfully submitted:

**THE BOLES LAW FIRM**

P. SCOTT WOLLESON (22691)
P.O. Box 2065
1818 Avenue of America
Monroe, LA 71207-2065
Phone (318) 388-4050

ATTORNEYS FOR DEFENDANT

# C E R T I F I C A T E

I do hereby certify that a copy of the above and foregoing has been forwarded to following counsel of record this day, via U.S. Mail, postage prepaid:

Ms. Allison A. Jones
Davidson, Jones & Summers
509 Market Street, Ste 800
Shreveport, LA 71101

Monroe, Louisiana, this _____ day of January, 2004.

P. Scott Wolleson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LINDA A. FULLER

VERSUS

CENTURYTEL SOLUTIONS, INC.

CIVIL NO.: CV02-2509-S

JUDGE HICKS

MAGISTRATE JUDGE PAYNE

### CERTIFICATE OF COMPLIANCE

NOW COMES, P. Scott Wolleson, counsel for Defendant, CenturyTel Solutions, Inc., who appears and states that pursuant to FRCP 26(a)(1), a telephone conference was held between counsel for Defendant and counsel for Plaintiff on Wednesday, January 21, 2003 regarding Plaintiff's failure to submit her initial disclosures. Counsel for Plaintiff advised that counsel for Defendant would receive Plaintiff's initial disclosures no later than Friday, January 23, 2004. To date, Plaintiff has failed and/or refused to submit her initial disclosures.

Monroe, Louisiana, this _____29_____ day of January, 2004.

_____
P. Scott Wolleson

Thus done and signed before me, Notary Public, on this 29 th day of January, 2004

_____
Notary Public

**PAMELA C. GALLARDO**
NOTARY PUBLIC
**NOTARY NO. 16004**

I:\WP61 doc\Clients\CenturyTel.29\NMOBILE\53-53999\53491-Fuller, Linda\Certificate.Compliance.wpd

# THE BOLES LAW FIRM
### A PROFESSIONAL CORPORATION

WILLIAM R. BOLES
CHARLES H. RYAN
WALTER C. DUNN
JANET S. BOLES
G. ROBERT COLLIER, JR.†
WILLIAM R. BOLES, JR.*
L. SCOTT PATTON
WESLEY S. SHAFTO
R. ALAN BREITHAUPT
P. SCOTT WOLLESON
MICHAEL L. DuBOS
P. HERMAN WESSELS
BRAD A. THOMPSON

**RECEIVED**
IN MONROE, LA

**FEB 4 - 2004**

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

1818 AVENUE OF AMERICA
MONROE, LOUISIANA 71201
Firm Web Site: www.boleslawfirm.com

Writer's Direct:
Telephone: 318.388.4050
Facsimile:  318.329.9150
Email: scott.wolleson@boleslawfirm.com

Mailing Address:
Post Office Box 2065
Monroe, Louisiana 71207-2065

Telephone: 318.388.4050
Toll Free: 800.825.4050

7908 Wrenwood Boulevard, Suite A
Baton Rouge, Louisiana 70809

2714 Canal Street
New Orleans, Louisiana 70119

† Board Certified Tax Attorney
* Also Admitted in Colorado

# HAND-DELIVER

January 29, 2004

Mr. Robert H. Shemwell, Clerk
U.S. District Court
1167 U.S. Courthouse
300 Fannin St.
Shreveport, LA 71101

   Re:  Linda Fuller vs. CenturyTel, Inc.
      Docket No. CV02-2509-S

Dear Mr. Shemwell:

   Enclosed herein, please find an original and one (1) copy of a Motion to Dismiss with Prejudice and/or Alternatively, Motion to Compel, along with a Memorandum in Support thereof and Certificate of Compliance.  Please file the originals in the record and return a stamped copy to me for my file.

   If you have any questions or require additional information, please do not hesitate to contact me. With kindest personal regards, I remain

           Yours very truly,

           THE BOLES LAW FIRM

           P. Scott Wolleson

PSW/hah (29-53491)
Enclosures

cc:  Ms. Allison A. Jones
   Stacey Goff, Esq.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT  DIVISION

**LINDA A. FULLER**                           **CIVIL ACTION NO.  5:02CV2509**

**VERSES**                                              **JUDGE HICKS**

**CENTURYTEL SOLUTIONS, INC.**            **MAGISTRATE JUDGE PAYNE**

## ORDER

The foregoing motion to dismiss with prejudice and or alternatively, motion to compel and

for attorney fees and costs (document #10) having been considered,

**IT IS ORDERED** that the motion be:

        [     ]     **GRANTED**
        [     ]     **DENIED**
        [     ]     **OTHER:** _____

_____

_____

_____

**THUS DONE AND SIGNED** in chambers at Shreveport, Louisiana, this _____ day

of February, 2004.

_____
MAGISTRATE JUDGE ROY S. PAYNE

COPY SENT:
DATE:
BY:
TO: