

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 4 - 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LINDA A. FULLER                             CIVIL NO.: CV02-2509-S

VERSUS                                      JUDGE WALTER

CENTURYTEL SOLUTIONS, INC.                  MAGISTRATE JUDGE PAYNE

## EXHIBIT LIST OF DEFENDANT, CENTURYTEL SOLUTIONS, INC.

Now comes Defendant, CenturyTel Solutions, Inc., which submits the following Exhibit List in accordance with the Court's Scheduling Order:

100. Charge of Discrimination

101. EEOC Intake Record

102. EEOC Charge Questionnaire

103. Charging Party Harassment Questionnaire

104. Charging Party Retaliation Questionnaire

105. Application of Employment of Linda Fuller

106. Resume of Linda Fuller

107. Interview – Specialist II Region Plant Facilities Questionnaire

108. Customer Service Representative Interview Questions

109. Acknowledgement of receipt of CenturyTel Employee Handbook signed by Linda Fuller

110. Excerpts from CenturyTel Employee Handbook

111. Job posting for Service Delivery Coordinator

112. CenturyTel Employee Performance Improvement Plan with Job Description of Service Delivery Coordinator

113. E-mail from Beverly Posey to Linda Fuller dated 8/27/01

114. E-mail from Beverly Posey to Linda Fuller dated 8/28/01

115. E-mail from Darrin McClary to Linda Fuller dated 11/29/01

116. E-mail from Linda Fuller to Regina McDay dated 1/2/02

117. Memo from Linda Fuller to Darrin McClary dated 2/22/02

118. Memo from Darrin McClary to Linda Fuller dated 3/6/02

119. Performance Review Summary of Linda Fuller dated 4/19/02

120. E-Mail from Darrin McClary to Ellie Long dated 4/29/02

121. Record of Conversation by Ellie Long dated 5/1/02

122. Performance Improvement Plan of Linda Fuller dated 5/1/02

123. Performance Improvement Plan of Regina McDay dated 5/3/02

124. E-mail from Darrin McClary to Linda Fuller dated 5/6/02

125. E-mail from Linda Fuller to Darrin McClary dated 5/13/02, with attached notes regarding Initial Meeting with Beverly and Service Delivery Meeting with Beverly dated 10/30/01

126. Notes from Service Delivery Meeting with Beverly dated 11/16/01

127. E-mail from Beverly Posey to Ellie Long, Craig Davis, & Darrin McClary dated 5/15/02

128. Memo from Ellie Long, Darrin McClary, & Beverly Posey to Linda Fuller re: Termination of Employment dated 5/16/02

129. Performance Improvement Plan of Kem Grappe dated 3/25/02

130. Performance Improvement Plan of Agnes Taylor dated 3/25/02

131. Performance Improvement Plan of Jennifer Fread dated 5/1/02

132. Performance Improvement Plan of Brandon Burris dated 6/20/02

133. Unemployment Insurance Claims – Claimant's Statement-Discharge

134. Medical Certification – For Employee Disability and/or Family and Medical Leave

135. Memo from Michelle Arnette to Linda Fuller dated 4/24/02 re: Full Medical Release

136. Medical records pertaining to Plaintiff:
    a. Medical records of Dr. Paul Davis
    b. Medical records of Dr. Eddie Johnson
    c. Medical records of Dr. Tim Mathis
    d. Medical records of Christus Schumpert

Respectfully submitted,

**THE BOLES LAW FIRM**
1818 Avenue of America
Post Office Box 2065
Monroe, Louisiana 71207-2065
(318) 388-4050

BY: _____
P. SCOTT WOLLESON (#22691)

ATTORNEYS FOR DEFENDANT,
CENTURYTEL SOLUTIONS, INC.

## CERTIFICATE

I do hereby certify that a copy of the above and foregoing has been forwarded to the following counsel of record this day, via U.S. Mail, postage prepaid:

>Ms. Allison A. Jones
>Davidson, Jones & Summers
>509 Market Street
>Suite 800
>Shreveport, LA 71101

Monroe, Louisiana, this ___4___ day of January, 2005.

_____
P. Scott Wolleson

# THE BOLES LAW FIRM
### A PROFESSIONAL CORPORATION

WILLIAM R. BOLES
CHARLES H. RYAN
WALTER C. DUNN
JANET S. BOLES
G. ROBERT COLLIER, JR.+*
WILLIAM R. BOLES, JR.*
L. SCOTT PATTON
WESLEY S. SHAFTO
P. SCOTT WOLLESON
R. ALAN BREITHAUPT
D. CLAY WIRTZ
MICHAEL L. DUBOS

+ Board Certified Tax Attorney
* Also Admitted in Colorado

1818 AVENUE OF AMERICA
P. O. BOX 2065
MONROE, LOUISIANA 71201

RECEIVED
IN MONROE, LA

JAN 4 - 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

OF COUNSEL:
ROBERT W. KOSTELKA

7908 Wrenwood Blvd, Suite A
Baton Rouge, Louisiana 70809

2714 Canal Street
New Orleans, Louisiana 70119

Writer's Direct:
Phone (318) 388-4050
Fax (318) 998-7115
Email: scott.wolleson@boleslawfirm.com

December 30, 2004

**Hand-Delivered**

United States District Court
215 Federal Building
201 Jackson Street
Monroe, LA 71201
Attn: Debbie Lowery

        *Re:*    *Linda Fuller vs. CenturyTel, Inc.*
              *Docket No. CV02-2509-S*

Dear Debbie:

      Enclosed herein, please find an original and one (1) copy of Defendant's Exhibit List. Please file the original in the record and return a stamped copy to me for my file.

      If you have any questions or require additional information, please do not hesitate to contact me. With kindest personal regards, I remain

                                                    Yours very truly,

                                                    THE BOLES LAW FIRM

                                                    P. Scott Wolleson

PSW/hah (29-53491)
Enclosures
cc:    Judge S. Maurice Hicks, Jr.
       Magistrate Judge Roy S. Payne
       Ms. Allison A. Jones
       Stacey Goff, Esq.